**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 13-21080-CIV-GRAHAM/GOODMAN

JACQUES LEFEBVRE,

    Plaintiff,

vs.

THE CONTINENTAL GRUP, INC., a
Florida corporation, and GINA
CHEVANNES, individually,

    Defendants.
_____/

## ORDER OF REFERENCE OF MOTIONS

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **Goodman** to take all necessary and proper action as required by law:

    1.    Motions for Costs;

    2.    Motions for Attorney's Fees; and

    3.    Motions for Sanctions.

    **DONE AND ORDERED** at Miami, Florida, this 31st day of July, 2013.

                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Goodman
        All Counsel of Record